COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case names:    Jay H. Cohen, Individually and as Trustee of the JHC Trust I and II v. NewBiss Property, L.P.; Jay H. Cohen, Individually and as Trustee of the JHC Trust I and II v. Sandcastle Homes, Inc.

Appellate case numbers:  01-13-00233-CV and 01-13-00267-CV

Trial court case numbers: 2010-20973A and 2010-20973B

Trial court:             234th District Court of Harris County

Appellant, Jay H. Cohen, Individually and as Trustee of the JHC Trust I and II, has filed a combined motion to consolidate the appeals in 01-13-00233-CV and 01-13-00267-CV; to extend time to file appellant's brief until July 15, 2013 in 01-13-00267-CV; and to exceed the word limit for appellant's brief.

Appellant's motion to consolidate the appeals in 01-13-00233-CV and 01-13-00267-CV is **denied**; however, appellant may file one brief addressing both appeals.

Appellant's unopposed motion to extend the time to file appellant's brief until July 15, 2013 in 01-13-00233-CV is **granted**. Appellant's brief is already due on July 15, 2013 in 01-13-00267-CV. Hence, whether appellant chooses to file one brief addressing both appeals or to file a brief in each appeal, the brief or briefs are due on July 15, 2013.

Appellant's motion to exceed the word limit for appellant's brief is **denied**. Appellant's brief or briefs must comply with Texas Rule of Appellate Procedure 9.4. *See* TEX. R. APP. P. 9.4(i)(2)(B).

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
        ☑ Acting individually    ☐ Acting for the Court

Date: June 24, 2013